# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| BRIAN BOLTON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Nos. 3:13-CR-161-PLR-HBG-26<br>3:16-CV-217-PLR |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

For reasons stated in the contemporaneously filed Memorandum Opinion, it is **ORDERED** and **ADJUDGED** that Petitioner's pro se § 2255 motion [Doc. 950] is **DENIED** and **DISMISSED WITH PREJUDICE**. If Petitioner files a notice of appeal from this judgment, such notice of appeal will be treated as an application for a certificate of appealability, which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b) because he has failed to make a substantial showing of the denial of a federal constitutional right. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24 that any such appeal from this judgment would be frivolous and not taken in good faith. Accordingly, the Clerk is **DIRECTED** to **CLOSE** the civil case associated with Petitioner's § 2255 motion.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE